BENJAMIN ALLEN *et al.*

*v.*

THE NATIONAL BANK OF AMERICA *et al.*

*Opinion filed February 14, 1898—Rehearing denied April 19, 1898.*

The opinion in *Sprague* v. *National Bank of America* (*ante*, p. 149,) is decisive of this case.

*Nat. Bank of America* v. *Pacific Ry. Co.* 66 Ill. App. 320, affirmed.

APPEAL from the Appellate Court for the First District;—heard in that court on appeal from the Circuit Court of Cook county; the Hon. O. H. HORTON, Judge, presiding.

GREEN, ROBBINS & HONORE, EDWIN BURRITT SMITH, WILSON, MOORE & MCILVAINE, JAMES L. HIGH, HERRICK, ALLEN, BOYESEN & MARTIN, and JOHN P. WILSON, (A. W. GREEN, of counsel,) for appellants.

WALKER & EDDY, MORAN, KRAUS & MAYER, and WINSTON & MEAGHER, (EDWIN WALKER, T. A. MORAN, and JAMES F. MEAGHER, of counsel,) for appellees.

Per CURIAM: The record in this case and the errors assigned thereon are the same as in the case of *Sprague* v. *National Bank of America*, (*ante*, p. 149.) The two cases were submitted on the same briefs and abstracts. The opinion filed in the *Sprague case* is adopted as the opinion in this case, and the same judgment will be entered in this as in that case.

The judgment of the circuit court is reversed and that of the Appellate Court affirmed, except as modified in the matter of directions, etc., and the cause is remanded.

*Reversed and remanded.*